No. 91–6856.  BARNES v. SAUNDERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–6857.  WESTERN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 91–6860.  LUCKETT v. ILLINOIS HUMAN RIGHTS COMMISSION ET AL.  Sup. Ct. Ill.  Certiorari denied.

No. 91–6861.  MURRAY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 91–6862.  REESE v. NIX, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 91–6863.  PETERS v. WHITLEY, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–6864.  HUDSON v. HILL ET AL.; and HUDSON v. PULLIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 91–6865.  GIANO v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–6866.  HENLEY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 91–6867.  GREER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 91–6868.  FLEMING v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 91–6870.  HAWTHORNE v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–6871.  HUNTER v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 91–6873.  BOYD v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 91–6874.  ELDER v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.